```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
KE DIAN WANG,                                                :
:
                                  Petitioner,   :    1:25-cv-9796-GHW
:
              -v -                                              :         ORDER
:
LADEON FRANCIS, *Acting Field Office Director of*  :
*New York, Immigration and Customs Enforcement, et al.*, :
:
                               Respondents.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On November 25, 2025, Ke Dian Wang filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Respondents' opposition is due no later than December 17, 2025. Petitioner's reply, if any, is due no later than three weeks after the date of service of Respondents' opposition. Respondents are further directed to promptly notify the Court if they expect to argue that this matter should not be litigated in this District.

      SO ORDERED.

Dated: November 26, 2025
New York, New York
                                        _____
                                          GREGORY H. WOODS
                                        United States District Judge